IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHLEY ZORZETTO-KAMMEYER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | No. 20-1443 |
| Defendant. | : | |

ORDER

AND NOW, this 26th day of March, 2021, having reviewed Plaintiff Ashley Zorzetto-Kammeyer's Brief in Support of her Request for Review (doc. 19) and the Commissioner's response (doc. 20), it is hereby ORDERED:

1. Plaintiff's Request for Review is GRANTED;

2. The matter is REMANDED to the Commissioner for reconsideration; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

\_\_/s/ Timothy R. Rice_____
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE